UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Gary M. Porter</u>

  v.              Civil No. 13-cv-268-PB

<u>NH Department of Corrections, Commissioner</u>

**ORDER GRANTING MOTION TO PROCEED**
***IN FORMA PAUPERIS***

  The plaintiff, an inmate at New Hampshire State Prison ("Institution"), has filed a motion to proceed *in forma pauperis* in the above-captioned case, which is accompanied by a certificate signed by an authorized individual from the Institution. The certificate evidences that for the six-month period preceding the filing, the plaintiff's average deposits have been $21.88, and the plaintiff's average monthly balance has been $124.12. Plaintiff has also submitted a signed consent form indicating consent to permit inmate accounts to make court-ordered payments on his behalf.

  The motion to proceed *in forma pauperis* is GRANTED; however, pursuant to 28 U.S.C. § 1915(b)(1), an initial filing fee is assessed in the amount of $24.82. In addition, monthly payments of 20% of each preceding month's income credited to the plaintiff's account shall be remitted by the Institution when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid. 28 U.S.C. § 1915(b)(2).

  The initial partial filing fee, and monthly payments thereafter as outlined above, shall be forwarded to the Clerk of Court by the Institution in accordance with this Order. A copy of this

Order, along with a copy of the signed Prisoner Consent Form (doc. no. 4), shall be forwarded by the Court to the Institutions inmate account department.

    SO ORDERED.

_____
Landya B. McCafferty
United States Magistrate Judge

Dated: July 1, 2013

cc: Gary M. Porter, pro se
    N.H. State Prison Inmate Accounts